1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JULISSA COTA, | Case No.: 20cv1522-JLS-LL |
| Plaintiff, | |
| v. | **ORDER CONVERTING SETTLEMENT DISPOSITION CONFERENCE TO TELEPHONIC** |
| STERLING JEWELERS INC., d/b/a KAY JEWELERS, et al., | |
| Defendants. | |

On November 2, 2020, the Court scheduled a Settlement Disposition Conference ("SDC") in this matter for **December 10, 2020** at **9:30 a.m.** ECF No. 9. Due to public health concerns, the Court **CONVERTS** the SDC into a telephonic conference with Judge Lopez's Chambers for all attendees. To facilitate the telephonic format of this conference, the Court hereby **ORDERS** as follows:

1. All required attendees will call the chambers teleconference line at 888-363-4735 using access code 4136765.
2. After the conference call, the law clerk assigned to the case will speak with Judge Lopez and the Court will issue an appropriate order.

All other requirements remain as set. See ECF No. 9.

**IT IS SO ORDERED.**

Dated: December 9, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge